UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03712 AOR

UNITED STATES OF AMERICA

vs.

**WILMAR CAICEDO PORTOCARRERO,
HEVERT GODOY BENALCAZAR, and
LEONARDO ANCHICO JIMENEZ,**

    **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _Yes _x_ No

                                 Respectfully submitted,

                                 ARIANA FAJARDO ORSHAN
                                 UNITED STATES ATTORNEY

      By:    _____
                            FREDERIC C. SHADLEY
                            Assistant United States Attorney
                            Court ID No. A5502298
                            99 Northeast 4th Street
                            Miami, FL. 33132-2111
                            Tel: (305) 961-9349
                            Fax: (305) 530-7976
                            Frederic.Shadley@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILMAR CAICEDO PORTOCARRERO,<br>HEVERT GODOY BENALCAZAR, and<br>LEONARDO ANCHICO JIMENEZ.<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19-mj-03712 AOR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about  October 15, 2019 , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |
| Title 18, United States Code, Section 2285 | Conspiracy to operate a semi-submersible vessel without nationality, that is, the defendants did knowingly and willfully combine, conspire, and agree with each other, to operate and embark by any means in a semi-submersible vessel without nationality and with the intent to evade detection into, through or from waters beyond the outer limit of the territorial sea of a single country or lateral limit of that country's territorial sea with and adjacent country. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Special Agent Brian M. Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/25/19

*Judge's signature*

City and state:  Miami, Florida       Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brian Smith, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Drug Enforcement Administration (DEA) in Miami, Florida and have worked in this capacity since November 1998. My official DEA duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against Wilmar CAICEDO Portocarrero, Hevert Juliane GODOY Benalcazar, and Leonardo ANCHICO Jimenez, for: (1) knowingly and willfully conspiring to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b); and (2) conspiracy to operate and embark a semi-submersible vessel without nationality, in violation of Title 18, United States Code, Sections 2285(a) and (b).

3. On or about October 15, 2019, while on patrol in the Eastern Pacific Ocean, a U.S. Government Marine Patrol Aircraft (MPA) detected a self-propelled semi-submersible (SPSS), approximately 180 nautical miles south of the Costa Rican/Panama border in international waters.

The U.S. Coast Guard Cutter (USCGC) James was 30 nautical miles north of the SPSS, and diverted to intercept. The USCGC James launched a helicopter, an unmanned aerial surveillance vehicle, and two smaller vessels. The aerial surveillance reported one crewmember was observed exiting the hatch on top of the SPSS.

4. A smaller USCG vessel, an Over the Horizon (OTH), gained positive control of the SPSS in international waters. The OTH boarding team found three individuals on the SPSS, and brought them on board the OTH for officer safety. Those individuals were Wilmar CAICEDO Portocarrero, Hevert Juliane GODOY Benalcazar, and Leonardo ANCHICO Jimenez. The OTH boarding team observed no vessel name, no registration number, no markings on the vessel, and no other indicia of nationality. The vessel was more than sixty percent (60%) under the waterline. Based on initial routine questioning, the master of the vessel claimed Colombian nationality for himself, but not for the vessel. Based on the investigation to that point, the USCG was authorized to treat the SPSS as a vessel without nationality.

5. The boarding team was authorized to conduct a full law enforcement boarding. The boarding team recovered multiple electronic devices and 57 packages of contraband which tested positive for cocaine. The total weight of the cocaine was approximately 1,140 kilograms.

6. The U.S. Coast Guard subsequently detained all three individuals who were on board the SPSS. They are all Colombian nationals. All three are currently en route to the Southern District of Florida. They are expected to arrive in the Southern District of Florida on or about October 27, 2019. At that point, they will be transferred to the custody of United States law enforcement.

7. Based on the foregoing facts, I submit that probable cause exists to believe that

2

Wilmar CAICEDO Portocarrero, Hevert Juliane GODOY Benalcazar, and Leonardo ANCHICO Jimenez, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), and did knowingly and willfully combine, conspire, and agree with each other, to operate and embark by any means in a semi-submersible vessel without nationality and with the intent to evade detection into, through, or from waters beyond the outer limit of the territorial sea of a single country or lateral limit of that country's territorial sea with an adjacent country, in violation of Title 18, United States Code, Section 2285.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Brian M. Smith
Special Agent
Drug Enforcement Administration

Sworn to me and subscribed before me
this 25 day of October, 2019
in Miami, Florida.

THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3